UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re                                        )        Chapter 7
                                             )
**LIESKE, JACK K**                           )        Case No. 04-25999
                                             )
                    Debtor(s).               )        Hon. **A. BENJAMIN GOLDGAR**

**Notice of Trustee's Final Report, Hearing on Applications for Compensation, and
<u>Hearing on the Abandonment of Property by the Trustee</u>**

To the Debtor(s), Creditors and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:    Park City Branch Court, Courtroom B, 301 Greenleaf Avenue, Park City, IL 60085

    On: **November 14, 2008**            Time: **2:00 p.m.**

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3.  The Trustee's Final Report shows total:
    Receipts                                                                  $102,294.09

    Disbursements                                                                 $248.13

    Net Cash Available for Distribution                                       $102,045.96

4.  Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| JOSEPH E. COHEN<br>*Trustee Compensation* | $0.00 | $8,364.70 | $121.69 |
| CLERK, U.S. BANKRUPTCY COURT<br>*Clerk of the Court Costs* | $0.00 | $0.00 | $300.00 |

| | | | |
|---|---|---|---|
| COHEN & KROL<br>*Attorney for Trustee* | $0.00 | $10,011.50 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| NONE | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $6,736.88 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 100.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000008 | Traci Beth Molk (Fka Traci K Lieski | $6,736.88 | $6,736.88 |

7. Claims of general unsecured creditors totaling $738,796.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 10.36%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Schiller Ducanto | $60,000.00 | $6,213.72 |
| 000002 | Simon Pergrane | $6,026.80 | $624.15 |
| 000004 | Brian Hurley & Assoc | $1,487.50 | $154.05 |
| 000007 | Zulina Mason, Etal | $624,000.00 | $64,622.66 |
| 000009 | Albany Bank & Trust Company, N.A. | $47,281.97 | $4,896.61 |

8. Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF BANKRUPTCY COURT, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| NONE | $0.00 |

Dated: **October 9, 2008**                              For the Court,

                                         By:   **KENNETH S. GARDNER**
                                                CLERK OF BANKRUPTCY COURT

| | |
|---|---|
| Trustee: | Joseph E. Cohen |
| | Cohen & Krol |
| Address: | 105 West Madison Street |
| | Suite 1100 |
| | Chicago, IL  60602-0000 |
| Phone No.: | (312) 368-0300 |

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 1                   Date Rcvd: Oct 09, 2008
Case: 04-25999                 Form ID: pdf002              Total Served: 26

The following entities were served by first class mail on Oct 11, 2008.
db           +Jack K Lieske,    2480 Greenbay Road,    Highland Park, IL 60035-1953
aty          +Elliot Wiczer,    Wiczer & Zelmar, LLC,    500 Skokie Blvd Ste 350,    Northbrook, IL 60062-2877
tr           +Joseph E Cohen,    Cohen & Krol,    105 West Madison Suite 1100,    Chicago, IL 60602-4600
8338011    ++++A/R SOLUTION,    735 N GALENA AVE STE 148,    DIXON IL  61021-1564,    Dixon, Il  61021
             (address filed with court:  A/R Solution,     735 N Galena Ave,    Suite 120,    Dixon, Il  61021)
8348013      +Albany Bank & Trust,    3400 W Lawrence,    Chicago, IL 60625-5188
8338005      +Albany Bank & Trust,    3400 West Lawrence,    Chicago, Il 60625-5188
9042245      +Albany Bank & Trust Company, N.A.,     3400 W. Lawrence Avenue,    Chicago IL 60625-5104
8338009      +Amer Coll Co,    919 W Estes,    Schaumburg, Il 60193-4436
8338006      +BMW FIN SVC,    5515 Park Center C,    Dublin, OH 43017-3584
8338014      +Brian Hurley & Assoc,    39 S LaSalle St,    Suite 707,    Chicago, Il 60603-1618
8338008      +Citi,    PO Box 6241,    Sioux Falls, SD 57117-6241
8338007      +City of Chicago,    11 S LaSalle Street,    19th Floor,    Chicago, Il 60603-1203
10812153     +Mainstreet Acquisition Corp,    P O Box 2529,    Suwanee, CA 30024-0982
8338016      +Schiller Ducanto,    c/o Neal Simon,    270 E Westminster Ave,    Suite 300,
              Lake Forest, Il 60045-1899
8348024      +Schiller, Ducanto,    c/o Neal Simon,    207 E Westminister Ave,    Ste 300,
              Lake Forest, IL 60045-1861
8338017      +Simon Pergrane,    c/o Linda Schultz Addis & Greenberg,    707 Skokie Blvd,    Suite 540,
              Northbrook, Illinois 60062-2895
8348025      +Simon, Pergrane,    c/o Linda Schultz,    Addis Greenberg,    707 Skokie Blvd - Ste 540,
              Northbrook, IL 60062-2895
8338012      +State Colls,    PO Box 6250,    Madison, WI 53716-0250
8348020       State Colls,    P O Box Galena Ave,    Ste 120,    Dixon, IL 61021
9298676      +Traci Beth Molk (fka Traci K Lieski),     1541 Eastwood Ave,    Highland Park, IL 60035-2728
8338018      +Waukega Yacht Club,    PO Box 75,    Waukegan, Il 60079-0075
8348023      +Zulina Mason,    c/o Ralph Schindler,    53 West Jackson Blvd, Ste 818,    Chicago, IL 60604-3483
8338015      +Zulina Mason,    c/o Ralph Schindler,    53 West Jackson Blvd, Ste 818,
              Chicago, Illinois 60604-3483
9284970      +Zulina Mason, etal,    c/o Ralph J Schindler, Jr,    53 West Jackson Blvd, Ste 818,
              Chicago, IL 60604-3483
The following entities were served by electronic transmission on Oct 10, 2008.
8338013      +E-mail/Text: RBALTAZAR@ARMORSYS.COM                           Armor Systems,    2322 N Green Bay,
              Waukegan, Il 60087-4209
8338010      +E-mail/Text: resurgentbknotifications@resurgent.com                            Sherman Acq,
              PO Box 10584,    Greenville, SC 29603-0584
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8348019*   ++++A/R SOLUTION,    735 N GALENA AVE STE 148,    DIXON IL  61021-1564,    Dixon, IL  61021
             (address filed with court:  A/R Solution,     735 N Galena Ave,    Ste 120,    Dixon, IL  61021)
8348017*     +Amer Coll Co,    919 W Estes,    Schaumburg, IL 60193-4436
8348021*     +Armor Systems,    2322 N Green Bay,    Waukegan, IL 60087-4209
8348014*     +BMW FIN SVC,    5515 Park Center C,    Dublin, OH 43017-3584
8348022*     +Brian Hurley & Assoc,    39 S LaSalle St,    Ste 707,    Chicago, IL 60603-1618
8348016*     +CITI,    P O Box 6241,    Sioux Falls, SD 57117-6241
8348015*     +City of Chicago,    11 S LaSalle Street,    19th Floor,    Chicago, IL 60603-1203
8348018*     +Sherman Acq,    P O Box 10584,    Greenville, SC 29603-0584
8348026*     +Waukega Yacht Club,    P O Box 75,    Waukegan, IL 60079-0075
                                                                                              TOTALS: 0, * 9

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 11, 2008**            **Signature:** _Joseph Speetjens_