UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re:<br>LIESKE, JACK K<br><br>Debtor(s) | §<br>§<br>§<br>§<br>§ | Case No. 04-25999 ABG |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

    JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $     (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $     from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter     on            . The case was pending for     months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Date:_____    By:/s/JOSEPH E. COHEN_____
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Albany Bank & Trust 3400 West Lawrence Chicago, IL 60625 |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| JOSEPH E. COHEN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| CLERK, U. S. BANKRUPTCY COURT | | | | | |
| COHEN & KROL | | | | | |
| JOSEPH E. COHEN | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRACI BETH MOLK (FKA TRACI K LIESKI | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| A/R Solution 735 N. Galena Ave., Suite 120 Dixon, IL 61021 | | | | | |
| AMER COLL CO 919 W Estes Schaumburg, IL 60193 | | | | | |
| ARMOR Systems 2322 N. Green Bay Waukegan, IL 60087 | | | | | |
| BMW FIN SVC 5515 Park Center C Dublin, OH 43017 | | | | | |
| CITI PO Box 6241 Sioux Falls, SD 57117 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| City of Chicago 11 S. LaSalle Street Chicago, IL 60603 19th Floor | | | | | |
| Sherman Acq. PO Box 10584 Greenville, SC 29602 | | | | | |
| State Colls PO Box 6250 Madison, WI 53701 | | | | | |
| Waukega Yacht Club PO Box 75 Waukegan, IL 60079 | | | | | |
| ALBANY BANK & TRUST COMPANY, N.A. | | | | | |
| BRIAN HURLEY & ASSOC | | | | | |
| SCHILLER DUCANTO | | | | | |
| SIMON PERGRANE | | | | | |
| ZULINA MASON, ETAL | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 04-25999 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | LIESKE, JACK K | | | Date Filed (f) or Converted (c): | 07/13/04 (f) |
| | | | | 341(a) Meeting Date: | 08/19/04 |
| For Period Ending: | 10/28/09 | | | Claims Bar Date: | 05/02/05 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE | 400,000.00 | 75,000.00 | | 100,000.00 | FA |
| 2. CASH | 300.00 | 0.00 | | 0.00 | 0.00 |
| 3. HOUSEHOLD GOODS | 3,000.00 | 0.00 | | 0.00 | 0.00 |
| 4. CLOTHES | 500.00 | 0.00 | | 0.00 | 0.00 |
| 5. STOCK | 0.00 | 0.00 | | 0.00 | 0.00 |
| 6. VEHICLE | 2,000.00 | 4,000.00 | | 0.00 | 0.00 |
| 7. FRAUDULENT CONVEYANCE | Unknown | Unknown | | 0.00 | Unknown |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2,319.89 | FA |
| TOTALS (Excluding Unknown Values) | $405,800.00 | $79,000.00 | | $102,319.89 | $0.00 Gross Value of Remaining Assets (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS REQUESTED BOOKS AND RECORDS FROM DEBTOR. TRUSTEE HAS FILED A 727 COMPLAINT AGAINST THE DEBTOR AND BELIEVES THAT THE DEBTOR'S REAL ESTATE CAN BE SOLD. TRUSTEE IS NEGOTIATING WITH DEBTOR REGARDING SALE OF HOUSE. HOUSE HAS BEEN SOLD AND TRUSTEE RECEIVED $100,000.00.. TRUSTEE HAS RESOLVED 727 COMPLAINT. TRUSTEE TO EMPLOY AN ACCOUNTANT AND FILE FINAL TAX RETURN. TRUSTEE STARTING TO PREPARE FINAL REPORT. FINAL REPORT PREPARED AND SUBMITTED TO UST FOR REVIEW. FINAL REPORT FILED AND DISTRIBUTION MADE.

Initial Projected Date of Final Report (TFR): 01/31/06     Current Projected Date of Final Report (TFR): 09/30/08

LFORM1
UST Form 101-7-TDR (4/1/2009) *(Page: 7)*

Ver: 14.31c

FORM 2

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 04-25999 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | LIESKE, JACK K | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9191  Interest earning MMA Account |
| Taxpayer ID No: | *******8196 | | |
| For Period Ending: | 10/28/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/19/05 | 1 | Chicago Title Insurance Co. | Proceeds from sale of real estate | 1110-000 | 100,000.00 | | 100,000.00 |
| 07/29/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 6.72 | | 100,006.72 |
| 08/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 50.97 | | 100,057.69 |
| 09/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 49.34 | | 100,107.03 |
| 10/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 51.01 | | 100,158.04 |
| 11/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 49.39 | | 100,207.43 |
| 12/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 51.06 | | 100,258.49 |
| 01/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 51.10 | | 100,309.59 |
| 02/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 71.45 | | 100,381.04 |
| 03/14/06 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 76.55 | 100,304.49 |
| 03/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 85.23 | | 100,389.72 |
| 04/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 82.51 | | 100,472.23 |
| 05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 85.33 | | 100,557.56 |
| 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 82.65 | | 100,640.21 |
| 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 85.48 | | 100,725.69 |
| 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 85.55 | | 100,811.24 |
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 82.86 | | 100,894.10 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 85.69 | | 100,979.79 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 83.00 | | 101,062.79 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 85.83 | | 101,148.62 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 85.91 | | 101,234.53 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 77.66 | | 101,312.19 |
| 03/01/07 | 000302 | International Sureties, Ltd. Suite 500 203 Carondelet St. New Orleans, LA 70130 | Bond premium | 2300-000 | | 81.57 | 101,230.62 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 86.04 | | 101,316.66 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 83.29 | | 101,399.95 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 86.12 | | 101,486.07 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 83.41 | | 101,569.48 |

FORM 2

Page: 2

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 04-25999 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | LIESKE, JACK K | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9191 Interest earning MMA Account |
| Taxpayer ID No: | *******8196 | | | |
| For Period Ending: | 10/28/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 86.26 | | 101,655.74 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 86.34 | | 101,742.08 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 64.81 | | 101,806.89 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 64.85 | | 101,871.74 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 54.42 | | 101,926.16 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 48.73 | | 101,974.89 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 40.40 | | 102,015.29 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 24.25 | | 102,039.54 |
| 03/25/08 | 000303 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 90.01 | 101,949.53 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 24.11 | | 101,973.64 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 20.90 | | 101,994.54 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 12.95 | | 102,007.49 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 12.55 | | 102,020.04 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 12.96 | | 102,033.00 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 12.96 | | 102,045.96 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 12.55 | | 102,058.51 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 9.90 | | 102,068.41 |
| 11/13/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 3.35 | | 102,071.76 |
| 11/13/08 | | Transfer to Acct #*******0821 | Final Posting Transfer | 9999-000 | | 102,071.76 | 0.00 |

| Account *******9191 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 1 | Deposits | 100,000.00 | 3 | Checks | 248.13 |
| | 41 | Interest Postings | 2,319.89 | 0 | Adjustments Out | 0.00 |
| | | | | 1 | Transfers Out | 102,071.76 |
| | | Subtotal | $ 102,319.89 | | | |
| | | | | | Total | $ 102,319.89 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 102,319.89 | | | |

FORM 2

Page: 3

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 04-25999 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | LIESKE, JACK K | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0821 BofA - Checking Account |
| Taxpayer ID No: | *******8196 | | | |
| For Period Ending: | 10/28/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Note: 7 columns of data below

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/13/08 | | Transfer from Acct #*******9191 | Transfer In From MMA Account | 9999-000 | 102,071.76 | | 102,071.76 |
| 11/29/08 | 003001 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 8,364.70 | 93,707.06 |
| 11/29/08 | 003002 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602-0000 | Chapter 7 Expenses | 2200-000 | | 121.69 | 93,585.37 |
| 11/29/08 | 003003 | Clerk, U. S. Bankruptcy Court | Deferred Adversary Filing Fees | 2700-000 | | 300.00 | 93,285.37 |
| 11/29/08 | 003004 | Cohen & Krol | Attorney for Trustee fees | 3110-000 | | 6,674.34 | 86,611.03 |
| 11/29/08 | 003005 | Joseph E. Cohen | Attorney for Trustee fees | 3110-000 | | 3,337.16 | 83,273.87 |
| * 11/29/08 | 003006 | Traci Beth Molk (fka Traci K Lieski)<br>1541 Eastwood Ave<br>Highland Park, IL 60035 | Claim 000008, Payment 100.00000% | 5700-003 | | 6,736.88 | 76,536.99 |
| 11/29/08 | 003007 | Schiller Ducanto<br>c/o Neal Simon<br>270 E Westminster Ave<br>Suite 300<br>Lake Forest, Il 60045 | Claim 000001, Payment 10.35968% | 7100-000 | | 6,215.81 | 70,321.18 |
| 11/29/08 | 003008 | Simon Pergrane<br>c/o Linda Schultz Addis & Greenberg<br>707 Skokie Blvd<br>Suite 540<br>Northbrook, Illinois 60062 | Claim 000002, Payment 10.35973% | 7100-000 | | 624.36 | 69,696.82 |
| 11/29/08 | 003009 | Brian Hurley & Assoc<br>39 S LaSalle St<br>Suite 707<br>Chicago, Il 60603 | Claim 000004, Payment 10.35966%<br>(4-1) modified on 4/20/2005 to<br>attach correct PDF | 7100-000 | | 154.10 | 69,542.72 |
| 11/29/08 | 003010 | Zulina Mason, etal | Claim 000007, Payment 10.35969% | 7100-000 | | 64,644.45 | 4,898.27 |

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 04-25999 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | LIESKE, JACK K | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0821 BofA - Checking Account |
| Taxpayer ID No: | *******8196 | | | |
| For Period Ending: | 10/28/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/29/08 | 003011 | c/o Ralph J Schindler, Jr<br>53 West Jackson Blvd, Ste 818<br>Chicago, IL 60604<br>Albany Bank & Trust Company, N.A.<br>3400 W. Lawrence Avenue<br>Chicago IL 60625 | Claim 000009, Payment 10.35970%<br>(6-1) Amends Claim #5(9-1)<br>deficiency claim on Platinum McAllister guaranty | 7100-000 | | 4,898.27 | 0.00 |
| * 04/08/09 | 003006 | Traci Beth Molk (fka Traci K Lieski)<br>1541 Eastwood Ave<br>Highland Park, IL 60035 | Claim 000008, Payment 100.00000% | 5700-003 | | -6,736.88 | 6,736.88 |
| 04/08/09 | 003012 | Traci Beth Molk (fka Traci K Lieski)<br>2668 St. Johns Ave.<br>Highland Park, IL 60035 | Claim 000008, Payment 100.00000% | 5700-000 | | 6,736.88 | 0.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Account *******0821 | Balance Forward | 0.00 | | | |
| 0 Deposits | | 0.00 | 13 | Checks | 102,071.76 |
| 0 Interest Postings | | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | | |
| | | | | Total | $ 102,071.76 |
| 0 Adjustments In | | 0.00 | | | |
| 1 Transfers In | | 102,071.76 | | | |
| | Total | $ 102,071.76 | | | |

LFORM2T4 UST Form 101-7-TDR (4/1/2009) *(Page: 11)*

Ver: 14.31c

FORM 2

Page: 5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 04-25999 -ABG |
| Case Name: | LIESKE, JACK K |
| Taxpayer ID No: | *******8196 |
| For Period Ending: | 10/28/09 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******0821 BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Report Totals

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 1 | Deposits | 100,000.00 | 16 | Checks | 102,319.89 |
| 41 | Interest Postings | 2,319.89 | 0 | Adjustments Out | 0.00 |
| | | | 1 | Transfers Out | 102,071.76 |
| | Subtotal | $ 102,319.89 | | | |
| | | | | Total | $ 204,391.65 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 102,071.76 | | | |
| | Total | $ 204,391.65 | | Net Total Balance | $ 0.00 |

LFORM2T4 UST Form 101-7-TDR (4/1/2009) *(Page: 12)*

Ver: 14.31c